

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00777-CV

Cynthia **BAEZA**,
Appellant

v.

Floyd **ZAHN** and Helen Zahn,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-07-0622-CVA
Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

Delivered and Filed: December 3, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM